7:23 PM
08/16/07

# Converse & Brown, LLC
## Time by Job Detail
### All Time - JGB

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Brooks, Doug** | | | |
| **Attendance** | | | |
| 9/27/2006 | Jeffrey Grant ... | Billed | 0:21 |
| 10/30/2006 | Jeffrey Grant ... | Billed | 0:15 |
| 11/9/2006 | Jeffrey Grant ... | Billed | 0:24 |
| 3/15/2007 | Jeffrey Grant ... | Billed | 1:06 |
| 4/2/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 4/23/2007 | Jeffrey Grant ... | Billed | 0:42 |
| 5/4/2007 | Jeffrey Grant ... | Billed | 0:39 |
| 5/4/2007 | Jeffrey Grant ... | Billed | 0:39 |
| 5/18/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 5/23/2007 | Jeffrey Grant ... | Billed | 0:30 |
| 6/6/2007 | Jeffrey Grant ... | Billed | 0:57 |
| 6/18/2007 | Jeffrey Grant ... | Billed | 2:00 |
| 7/13/2007 | Jeffrey Grant ... | Billed | 0:30 |
| Total Attendance | | | 8:51 |
| **Deposition** | | | |
| 10/3/2006 | Jeffrey Grant ... | Billed | 4:18 |
| 10/4/2006 | Jeffrey Grant ... | Billed | 9:21 |
| 12/8/2006 | Jeffrey Grant ... | Billed | 0:48 |
| 12/8/2006 | Jeffrey Grant ... | Billed | 0:48 |
| 12/10/2006 | Jeffrey Grant ... | Billed | 2:12 |
| 12/10/2006 | Jeffrey Grant ... | Billed | 2:12 |
| 12/11/2006 | Jeffrey Grant ... | Billed | 3:30 |
| 12/11/2006 | Jeffrey Grant ... | Billed | 3:30 |
| 1/30/2007 | Jeffrey Grant ... | Billed | 7:12 |
| 3/13/2007 | Jeffrey Grant ... | Billed | 0:24 |
| Total Deposition | | | 34:15 |
| **Discussion** | | | |
| 7/25/2006 | Jeffrey Grant ... | Billed | 1:03 |
| 8/21/2006 | Jeffrey Grant ... | Billed | 0:21 |
| 9/13/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 10/16/2006 | Jeffrey Grant ... | Billed | 0:36 |
| 10/31/2006 | Jeffrey Grant ... | Billed | 1:13 |
| 11/3/2006 | Jeffrey Grant ... | Billed | 0:33 |
| 11/8/2006 | Jeffrey Grant ... | Billed | 7:07 |
| 11/27/2006 | Jeffrey Grant ... | Billed | 0:14 |
| 12/6/2006 | Jeffrey Grant ... | Billed | 1:24 |
| 12/6/2006 | Jeffrey Grant ... | Billed | 1:24 |
| 1/24/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 2/23/2007 | Jeffrey Grant ... | Billed | 0:48 |
| 3/1/2007 | Jeffrey Grant ... | Billed | 0:49 |
| 4/19/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 6/25/2007 | Jeffrey Grant ... | Billed | 0:24 |
| Total Discussion | | | 16:56 |

# Converse & Brown, LLC
## Time by Job Detail
### All Time - JGB

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Drafting-lit.** | | | |
| 6/22/2006 | Jeffrey Grant ... | Billed | 6:30 |
| 6/23/2006 | Jeffrey Grant ... | Billed | 4:18 |
| 7/18/2006 | Jeffrey Grant ... | Billed | 0:36 |
| 9/18/2006 | Jeffrey Grant ... | Billed | 1:24 |
| 10/11/2006 | Jeffrey Grant ... | Billed | 1:12 |
| 1/24/2007 | Jeffrey Grant ... | Billed | 0:25 |
| 1/25/2007 | Jeffrey Grant ... | Not Billable | 1:17 |
| 1/25/2007 | Jeffrey Grant ... | Billed | 1:12 |
| 2/20/2007 | Jeffrey Grant ... | Billed | 0:30 |
| 3/15/2007 | Jeffrey Grant ... | Billed | 0:47 |
| 5/23/2007 | Jeffrey Grant ... | Billed | 1:24 |
| 6/15/2007 | Jeffrey Grant ... | Billed | 4:18 |
| 6/22/2007 | Jeffrey Grant ... | Billed | 0:48 |
| Total Drafting-lit. | | | 24:41 |
| **Letter** | | | |
| 4/28/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 8/21/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 9/19/2006 | Jeffrey Grant ... | Billed | 0:09 |
| 10/12/2006 | Jeffrey Grant ... | Billed | 0:06 |
| 11/9/2006 | Jeffrey Grant ... | Billed | 0:06 |
| 12/11/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 12/11/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 1/9/2007 | Jeffrey Grant ... | Billed | 0:27 |
| 1/10/2007 | Jeffrey Grant ... | Billed | 1:33 |
| 1/10/2007 | Jeffrey Grant ... | Billed | 0:14 |
| 1/19/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 1/31/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 2/1/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 2/16/2007 | Jeffrey Grant ... | Billed | 1:12 |
| 2/20/2007 | Jeffrey Grant ... | Billed | 0:15 |
| 3/19/2007 | Jeffrey Grant ... | Billed | 0:26 |
| 3/27/2007 | Jeffrey Grant ... | Billed | 0:25 |
| 4/10/2007 | Jeffrey Grant ... | Billed | 0:26 |
| 4/20/2007 | Jeffrey Grant ... | Billed | 0:33 |
| 5/8/2007 | Jeffrey Grant ... | Billed | 0:27 |
| 5/8/2007 | Jeffrey Grant ... | Billed | 0:00 |
| 6/19/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 6/27/2007 | Jeffrey Grant ... | Billed | 0:33 |
| 7/13/2007 | Jeffrey Grant ... | Billed | 0:18 |
| Total Letter | | | 9:28 |

# Converse & Brown, LLC
## Time by Job Detail
### All Time - JGB

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Research** | | | |
| 10/2/2006 | Jeffrey Grant ... | Billed | 1:45 |
| 10/5/2006 | Jeffrey Grant ... | Billed | 0:36 |
| 11/9/2006 | Jeffrey Grant ... | Billed | 0:24 |
| 11/9/2006 | Jeffrey Grant ... | Billed | 4:00 |
| 11/9/2006 | Jeffrey Grant ... | Billed | 2:12 |
| 12/20/2006 | Jeffrey Grant ... | Billed | 0:57 |
| 12/20/2006 | Jeffrey Grant ... | Billed | 0:57 |
| 1/24/2007 | Jeffrey Grant ... | Billed | 0:10 |
| 3/8/2007 | Jeffrey Grant ... | Billed | 1:18 |
| 3/9/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 3/29/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 6/20/2007 | Jeffrey Grant ... | Billed | 0:09 |
| Total Research | | | 13:10 |
| **Reviewing** | | | |
| 2/9/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 2/10/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 3/24/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 3/28/2006 | Jeffrey Grant ... | Billed | 0:23 |
| 4/27/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 5/4/2006 | Jeffrey Grant ... | Billed | 0:24 |
| Total Reviewing | | | 1:47 |
| **Reviewing doc** | | | |
| 7/10/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 7/19/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 8/17/2006 | Jeffrey Grant ... | Billed | 0:24 |
| 8/31/2006 | Jeffrey Grant ... | Billed | 0:44 |
| 9/19/2006 | Jeffrey Grant ... | Billed | 0:33 |
| 10/3/2006 | Jeffrey Grant ... | Billed | 1:28 |
| 10/6/2006 | Jeffrey Grant ... | Billed | 1:13 |
| 10/20/2006 | Jeffrey Grant ... | Billed | 0:15 |
| 11/1/2006 | Jeffrey Grant ... | Billed | 1:54 |
| 11/28/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 11/30/2006 | Jeffrey Grant ... | Billed | 0:55 |
| 12/1/2006 | Jeffrey Grant ... | Billed | 1:52 |
| 1/12/2007 | Jeffrey Grant ... | Billed | 0:32 |
| 1/15/2007 | Jeffrey Grant ... | Billed | 2:32 |
| 1/26/2007 | Jeffrey Grant ... | Billed | 2:33 |
| 1/29/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 2/9/2007 | Jeffrey Grant ... | Billed | 1:00 |
| 2/15/2007 | Jeffrey Grant ... | Billed | 1:18 |
| 2/23/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 3/15/2007 | Jeffrey Grant ... | Billed | 2:34 |
| 4/9/2007 | Jeffrey Grant ... | Billed | 0:45 |
| 5/22/2007 | Jeffrey Grant ... | Billed | 1:13 |
| Total Reviewing doc | | | 22:57 |

7:23 PM

08/16/07

# Converse & Brown, LLC
## Time by Job Detail
### All Time - JGB

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Telephone** | | | |
| 3/7/2006 | Jeffrey Grant ... | Billed | 0:18 |
| 3/24/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 4/5/2006 | Jeffrey Grant ... | Billed | 0:15 |
| 5/22/2006 | Jeffrey Grant ... | Billed | 0:39 |
| 5/23/2006 | Jeffrey Grant ... | Billed | 0:12 |
| 7/12/2006 | Jeffrey Grant ... | Billed | 0:21 |
| 8/9/2006 | Jeffrey Grant ... | Billed | 0:21 |
| 9/28/2006 | Jeffrey Grant ... | Billed | 0:10 |
| 10/10/2006 | Jeffrey Grant ... | Billed | 0:21 |
| 10/27/2006 | Jeffrey Grant ... | Billed | 0:50 |
| 1/16/2007 | Jeffrey Grant ... | Billed | 1:36 |
| 2/1/2007 | Jeffrey Grant ... | Billed | 0:21 |
| 2/2/2007 | Jeffrey Grant ... | Billed | 0:34 |
| 2/8/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 2/8/2007 | Jeffrey Grant ... | Billed | 1:18 |
| 2/19/2007 | Jeffrey Grant ... | Billed | 1:26 |
| 2/23/2007 | Jeffrey Grant ... | Billed | 0:27 |
| 2/26/2007 | Jeffrey Grant ... | Billed | 0:33 |
| 2/26/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 3/13/2007 | Jeffrey Grant ... | Billed | 0:18 |
| 3/16/2007 | Jeffrey Grant ... | Billed | 0:15 |
| 3/20/2007 | Jeffrey Grant ... | Billed | 0:27 |
| 3/21/2007 | Jeffrey Grant ... | Billed | 0:21 |
| 3/22/2007 | Jeffrey Grant ... | Billed | 0:51 |
| 3/28/2007 | Jeffrey Grant ... | Billed | 0:01 |
| 4/11/2007 | Jeffrey Grant ... | Billed | 0:51 |
| 4/13/2007 | Jeffrey Grant ... | Billed | 0:24 |
| 4/26/2007 | Jeffrey Grant ... | Billed | 0:45 |
| 5/3/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 5/3/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 5/4/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 5/4/2007 | Jeffrey Grant ... | Billed | 0:12 |
| 5/22/2007 | Jeffrey Grant ... | Billed | 0:45 |
| 6/5/2007 | Jeffrey Grant ... | Billed | 0:39 |
| 7/12/2007 | Jeffrey Grant ... | Billed | 0:06 |
| 7/31/2007 | Jeffrey Grant ... | Billed | 0:21 |
| Total Telephone | | | 17:16 |
| Total Brooks, Doug | | | 149:21 |
| TOTAL | | | 149:21 |

X $305.00 = $45,551.05

11:12 PM
08/12/07

# Converse & Brown, LLC
## Time by Job Detail
All time ~~[redacted]~~h - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Brooks, Doug** | | | |
| **Attendance** | | | |
| 4/28/2006 | Amanda G. T... | Billed | 0:29 |
| 6/15/2006 | Amanda G. T... | Billed | 1:54 |
| 6/22/2006 | Amanda G. T... | Billed | 6:23 |
| 6/26/2006 | Amanda G. T... | Billed | 0:26 |
| 6/27/2006 | Amanda G. T... | Billed | 0:22 |
| 7/7/2006 | Amanda G. T... | Billed | 0:31 |
| 7/9/2006 | Amanda G. T... | Billed | 0:23 |
| 7/26/2006 | Amanda G. T... | Billed | 0:38 |
| 8/1/2006 | Amanda G. T... | Billed | 0:35 |
| 8/17/2006 | Amanda G. T... | Billed | 0:50 |
| 8/23/2006 | Amanda G. T... | Billed | 0:01 |
| 8/26/2006 | Amanda G. T... | Billed | 1:50 |
| 8/31/2006 | Amanda G. T... | Billed | 0:11 |
| 9/1/2006 | Amanda G. T... | Billed | 0:09 |
| 9/1/2006 | Amanda G. T... | Billed | 1:05 |
| 9/11/2006 | Amanda G. T... | Billed | 1:49 |
| 9/11/2006 | Amanda G. T... | Billed | 2:32 |
| 9/13/2006 | Amanda G. T... | Billed | 0:06 |
| 9/15/2006 | Amanda G. T... | Billed | 2:49 |
| 9/15/2006 | Amanda G. T... | Billed | 0:05 |
| 9/18/2006 | Amanda G. T... | Billed | 2:31 |
| 9/20/2006 | Amanda G. T... | Billed | 3:58 |
| 9/27/2006 | Amanda G. T... | Billed | 2:22 |
| 9/29/2006 | Amanda G. T... | Billed | 0:02 |
| 10/20/2006 | Amanda G. T... | Billed | 3:02 |
| 10/24/2006 | Amanda G. T... | Billed | 1:02 |
| 10/31/2006 | Amanda G. T... | Billed | 0:35 |
| 11/1/2006 | Amanda G. T... | Billed | 1:39 |
| 11/1/2006 | Amanda G. T... | Billed | 0:28 |
| 11/8/2006 | Amanda G. T... | Billed | 0:29 |
| 11/9/2006 | Amanda G. T... | Billed | 1:43 |
| 11/17/2006 | Amanda G. T... | Billed | 2:07 |
| 11/20/2006 | Amanda G. T... | Billed | 0:08 |
| 11/30/2006 | Amanda G. T... | Billed | 1:17 |
| 12/5/2006 | Amanda G. T... | Billed | 0:14 |
| 12/6/2006 | Amanda G. T... | Billed | 0:34 |
| 12/6/2006 | Amanda G. T... | Billed | 3:30 |
| 12/7/2006 | Amanda G. T... | Billed | 0:10 |
| 12/13/2006 | Amanda G. T... | Billed | 0:02 |
| 1/5/2007 | Amanda G. T... | Billed | 0:47 |
| 1/9/2007 | Amanda G. T... | Billed | 0:52 |
| 1/10/2007 | Amanda G. T... | Billed | 0:50 |
| 1/16/2007 | Amanda G. T... | Billed | 0:15 |
| 1/18/2007 | Amanda G. T... | Billed | 0:33 |
| 1/18/2007 | Amanda G. T... | Billed | 6:12 |
| 1/19/2007 | Amanda G. T... | Billed | 1:01 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 1/23/2007 | Amanda G. T... | Billed | 0:47 |
| 1/25/2007 | Amanda G. T... | Billed | 0:20 |
| 1/30/2007 | Amanda G. T... | Billed | 1:47 |
| 2/20/2007 | Amanda G. T... | Billed | 4:08 |
| 2/21/2007 | Amanda G. T... | Billed | 1:31 |
| 2/21/2007 | Amanda G. T... | Billed | 3:47 |
| 2/23/2007 | Amanda G. T... | Billed | 0:18 |
| 3/1/2007 | Amanda G. T... | Billed | 0:51 |
| 3/9/2007 | Amanda G. T... | Billed | 0:06 |
| 3/20/2007 | Amanda G. T... | Billed | 0:23 |
| 3/20/2007 | Amanda G. T... | Billed | 0:23 |
| Total Attendance | | | 73:52 |
| **Attendance by Associate** | | | |
| 12/13/2005 | Amanda G. T... | Billed | 0:34 |
| 12/14/2005 | Amanda G. T... | Billed | 4:11 |
| 12/19/2005 | Amanda G. T... | Billed | 2:48 |
| 12/27/2005 | Amanda G. T... | Billed | 0:41 |
| 1/16/2006 | Amanda G. T... | Billed | 0:17 |
| 1/16/2006 | Amanda G. T... | Billed | 0:17 |
| 1/25/2006 | Amanda G. T... | Billed | 0:03 |
| 1/25/2006 | Amanda G. T... | Billed | 0:03 |
| 2/8/2006 | Amanda G. T... | Billed | 0:46 |
| 2/8/2006 | Amanda G. T... | Billed | 0:46 |
| 2/16/2006 | Amanda G. T... | Billed | 1:32 |
| 3/3/2006 | Amanda G. T... | Billed | 0:19 |
| 3/24/2006 | Amanda G. T... | Billed | 1:06 |
| 3/24/2006 | Amanda G. T... | Billed | 1:45 |
| 3/28/2006 | Amanda G. T... | Billed | 0:10 |
| 3/28/2006 | Amanda G. T... | Billed | 0:13 |
| 4/4/2006 | Amanda G. T... | Billed | 0:29 |
| 4/5/2006 | Amanda G. T... | Billed | 3:21 |
| 4/5/2006 | Amanda G. T... | Billed | 1:12 |
| 4/6/2006 | Amanda G. T... | Billed | 0:18 |
| 4/14/2006 | Amanda G. T... | Billed | 1:15 |
| 4/24/2006 | Amanda G. T... | Billed | 0:17 |
| Total Attendance by Associate | | | 22:23 |
| **Court Filings** | | | |
| 2/14/2006 | Amanda G. T... | Billed | 0:14 |
| 3/7/2006 | Amanda G. T... | Billed | 0:10 |
| 3/9/2006 | Amanda G. T... | Billed | 0:31 |
| 6/26/2006 | Amanda G. T... | Billed | 0:16 |
| 11/1/2006 | Amanda G. T... | Billed | 0:12 |
| 11/8/2006 | Amanda G. T... | Billed | 0:10 |
| Total Court Filings | | | 1:33 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 11/17/2006 | Amanda G. T... | Billed | 0:23 |
| 11/21/2006 | Amanda G. T... | Billed | 0:12 |
| 11/27/2006 | Amanda G. T... | Billed | 0:25 |
| 11/28/2006 | Amanda G. T... | Billed | 0:20 |
| 11/29/2006 | Amanda G. T... | Billed | 0:26 |
| 12/6/2006 | Amanda G. T... | Billed | 0:11 |
| 12/7/2006 | Amanda G. T... | Billed | 1:18 |
| 12/7/2006 | Amanda G. T... | Billed | 2:33 |
| 12/8/2006 | Amanda G. T... | Billed | 0:05 |
| 12/19/2006 | Amanda G. T... | Not Billable | 0:46 |
| 12/20/2006 | Amanda G. T... | Billed | 0:28 |
| 12/27/2006 | Amanda G. T... | Billed | 0:16 |
| 12/28/2006 | Amanda G. T... | Billed | 0:06 |
| 1/3/2007 | Amanda G. T... | Billed | 1:01 |
| 1/16/2007 | Amanda G. T... | Billed | 0:16 |
| 1/16/2007 | Amanda G. T... | Billed | 1:14 |
| 1/19/2007 | Amanda G. T... | Billed | 0:11 |
| 1/22/2007 | Amanda G. T... | Billed | 0:19 |
| 1/24/2007 | Amanda G. T... | Billed | 1:16 |
| 1/24/2007 | Amanda G. T... | Billed | 0:07 |
| 1/24/2007 | Amanda G. T... | Billed | 0:18 |
| 1/24/2007 | Amanda G. T... | Billed | 0:09 |
| 2/19/2007 | Amanda G. T... | Billed | 0:04 |
| 2/19/2007 | Amanda G. T... | Billed | 0:05 |
| 2/19/2007 | Amanda G. T... | Billed | 1:43 |
| 2/22/2007 | Amanda G. T... | Billed | 0:09 |
| 2/23/2007 | Amanda G. T... | Billed | 0:32 |
| 2/23/2007 | Amanda G. T... | Billed | 0:07 |
| 2/26/2007 | Amanda G. T... | Billed | 0:38 |
| 2/27/2007 | Amanda G. T... | Billed | 0:57 |
| 3/5/2007 | Amanda G. T... | Billed | 0:21 |
| 3/7/2007 | Amanda G. T... | Billed | 0:01 |
| 3/8/2007 | Amanda G. T... | Billed | 0:09 |
| 3/20/2007 | Amanda G. T... | Billed | 0:17 |
| 3/20/2007 | Amanda G. T... | Billed | 0:17 |
| 3/21/2007 | Amanda G. T... | Billed | 0:23 |
| 3/21/2007 | Amanda G. T... | Billed | 0:23 |
| 3/23/2007 | Amanda G. T... | Billed | 0:03 |
| 3/23/2007 | Amanda G. T... | Billed | 0:03 |
| 3/27/2007 | Amanda G. T... | Billed | 0:14 |
| 3/27/2007 | Amanda G. T... | Billed | 0:14 |
| Total Discussion | | | 34:43 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Document** | | | |
| 12/12/2005 | Amanda G. T... | Billed | 0:39 |
| 12/19/2005 | Amanda G. T... | Billed | 0:04 |
| 2/17/2006 | Amanda G. T... | Billed | 0:21 |
| 3/28/2006 | Amanda G. T... | Billed | 0:38 |
| 3/30/2006 | Amanda G. T... | Billed | 0:06 |
| 5/8/2006 | Amanda G. T... | Billed | 2:20 |
| 5/18/2006 | Amanda G. T... | Billed | 0:31 |
| 6/20/2006 | Amanda G. T... | Billed | 0:08 |
| 6/26/2006 | Amanda G. T... | Billed | 0:39 |
| 6/27/2006 | Amanda G. T... | Billed | 0:44 |
| 6/28/2006 | Amanda G. T... | Billed | 3:53 |
| 6/29/2006 | Amanda G. T... | Billed | 0:04 |
| 7/5/2006 | Amanda G. T... | Billed | 0:05 |
| 7/10/2006 | Amanda G. T... | Billed | 0:43 |
| 7/21/2006 | Amanda G. T... | Billed | 1:21 |
| 7/25/2006 | Amanda G. T... | Billed | 0:52 |
| 7/27/2006 | Amanda G. T... | Billed | 0:12 |
| 8/23/2006 | Amanda G. T... | Billed | 0:04 |
| 8/31/2006 | Amanda G. T... | Billed | 0:39 |
| 9/14/2006 | Amanda G. T... | Billed | 0:23 |
| 9/14/2006 | Amanda G. T... | Billed | 3:26 |
| 9/19/2006 | Amanda G. T... | Billed | 1:32 |
| 9/19/2006 | Amanda G. T... | Billed | 0:56 |
| 9/21/2006 | Amanda G. T... | Billed | 0:43 |
| 9/22/2006 | Amanda G. T... | Billed | 0:22 |
| 9/22/2006 | Amanda G. T... | Billed | 0:10 |
| 9/22/2006 | Amanda G. T... | Billed | 0:02 |
| 9/25/2006 | Amanda G. T... | Billed | 0:26 |
| 10/16/2006 | Amanda G. T... | Billed | 2:12 |
| 10/27/2006 | Amanda G. T... | Billed | 0:24 |
| 10/28/2006 | Amanda G. T... | Billed | 0:14 |
| 10/28/2006 | Amanda G. T... | Billed | 0:25 |
| 10/28/2006 | Amanda G. T... | Billed | 0:52 |
| 10/30/2006 | Amanda G. T... | Billed | 5:57 |
| 11/1/2006 | Amanda G. T... | Billed | 2:06 |
| 11/3/2006 | Amanda G. T... | Billed | 0:35 |
| 11/3/2006 | Amanda G. T... | Billed | 2:14 |
| 11/7/2006 | Amanda G. T... | Billed | 1:12 |
| 11/8/2006 | Amanda G. T... | Billed | 7:20 |
| 11/8/2006 | Amanda G. T... | Billed | 0:43 |
| 11/9/2006 | Amanda G. T... | Billed | 0:24 |
| 11/17/2006 | Amanda G. T... | Billed | 0:39 |
| 11/17/2006 | Amanda G. T... | Billed | 0:25 |
| 11/18/2006 | Amanda G. T... | Billed | 0:16 |
| 11/27/2006 | Amanda G. T... | Billed | 0:33 |
| 11/28/2006 | Amanda G. T... | Billed | 1:09 |
| 11/28/2006 | Amanda G. T... | Billed | 1:43 |
| 11/29/2006 | Amanda G. T... | Billed | 3:36 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 11/30/2006 | Amanda G. T... | Billed | 5:29 |
| 11/30/2006 | Amanda G. T... | Billed | 0:06 |
| 11/30/2006 | Amanda G. T... | Billed | 0:32 |
| 12/1/2006 | Amanda G. T... | Billed | 0:46 |
| 12/1/2006 | Amanda G. T... | Billed | 3:14 |
| 12/1/2006 | Amanda G. T... | Billed | 0:52 |
| 12/1/2006 | Amanda G. T... | Billed | 2:24 |
| 12/1/2006 | Amanda G. T... | Billed | 0:37 |
| 12/1/2006 | Amanda G. T... | Billed | 0:33 |
| 12/1/2006 | Amanda G. T... | Billed | 0:17 |
| 12/4/2006 | Amanda G. T... | Billed | 0:59 |
| 12/4/2006 | Amanda G. T... | Billed | 0:51 |
| 12/5/2006 | Amanda G. T... | Billed | 0:11 |
| 12/7/2006 | Amanda G. T... | Billed | 1:27 |
| 12/8/2006 | Amanda G. T... | Billed | 2:17 |
| 12/8/2006 | Amanda G. T... | Billed | 0:54 |
| 12/13/2006 | Amanda G. T... | Billed | 0:48 |
| 12/18/2006 | Amanda G. T... | Billed | 0:04 |
| 12/20/2006 | Amanda G. T... | Billed | 0:09 |
| 12/21/2006 | Amanda G. T... | Billed | 3:06 |
| 12/26/2006 | Amanda G. T... | Billed | 4:39 |
| 12/26/2006 | Amanda G. T... | Billed | 0:55 |
| 12/27/2006 | Amanda G. T... | Billed | 1:12 |
| 1/12/2007 | Amanda G. T... | Billed | 0:40 |
| 1/15/2007 | Amanda G. T... | Billed | 1:35 |
| 1/17/2007 | Amanda G. T... | Billed | 0:04 |
| 1/18/2007 | Amanda G. T... | Billed | 0:11 |
| 1/19/2007 | Amanda G. T... | Billed | 3:39 |
| 1/19/2007 | Amanda G. T... | Billed | 0:52 |
| 1/19/2007 | Amanda G. T... | Billed | 1:29 |
| 1/20/2007 | Amanda G. T... | Billed | 2:14 |
| 1/22/2007 | Amanda G. T... | Billed | 3:56 |
| 1/22/2007 | Amanda G. T... | Billed | 0:56 |
| 1/22/2007 | Amanda G. T... | Billed | 0:12 |
| 1/23/2007 | Amanda G. T... | Billed | 3:26 |
| 1/23/2007 | Amanda G. T... | Billed | 0:59 |
| 1/24/2007 | Amanda G. T... | Billed | 3:11 |
| 1/24/2007 | Amanda G. T... | Billed | 0:55 |
| 1/25/2007 | Amanda G. T... | Billed | 1:43 |
| 1/25/2007 | Amanda G. T... | Billed | 4:10 |
| 1/26/2007 | Amanda G. T... | Billed | 1:29 |
| 1/26/2007 | Amanda G. T... | Billed | 0:55 |
| 1/26/2007 | Amanda G. T... | Billed | 3:22 |
| 1/29/2007 | Amanda G. T... | Billed | 1:51 |
| 1/30/2007 | Amanda G. T... | Billed | 0:37 |
| 2/19/2007 | Amanda G. T... | Billed | 0:32 |
| 2/19/2007 | Amanda G. T... | Billed | 0:27 |
| 2/20/2007 | Amanda G. T... | Billed | 0:49 |
| 2/20/2007 | Amanda G. T... | Billed | 0:25 |

11:12 PM
08/12/07

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 2/22/2007 | Amanda G. T... | Billed | 0:47 |
| 2/22/2007 | Amanda G. T... | Billed | 0:43 |
| 2/23/2007 | Amanda G. T... | Billed | 1:39 |
| 2/23/2007 | Amanda G. T... | Billed | 0:08 |
| 2/23/2007 | Amanda G. T... | Billed | 0:14 |
| 3/1/2007 | Amanda G. T... | Billed | 1:02 |
| 3/1/2007 | Amanda G. T... | Billed | 1:04 |
| 3/2/2007 | Amanda G. T... | Billed | 0:44 |
| 3/7/2007 | Amanda G. T... | Billed | 2:09 |
| 3/8/2007 | Amanda G. T... | Billed | 0:04 |
| 3/9/2007 | Amanda G. T... | Billed | 4:03 |
| 3/12/2007 | Amanda G. T... | Billed | 2:10 |
| 3/12/2007 | Amanda G. T... | Billed | 0:58 |
| 3/12/2007 | Amanda G. T... | Billed | 2:10 |
| 3/12/2007 | Amanda G. T... | Billed | 0:58 |
| 3/13/2007 | Amanda G. T... | Billed | 0:12 |
| 3/13/2007 | Amanda G. T... | Billed | 0:10 |
| 3/13/2007 | Amanda G. T... | Billed | 0:12 |
| 3/13/2007 | Amanda G. T... | Billed | 0:10 |
| 3/15/2007 | Amanda G. T... | Billed | 0:11 |
| 3/15/2007 | Amanda G. T... | Billed | 0:11 |
| 3/16/2007 | Amanda G. T... | Billed | 0:22 |
| 3/16/2007 | Amanda G. T... | Billed | 0:22 |
| 3/19/2007 | Amanda G. T... | Billed | 0:11 |
| 3/19/2007 | Amanda G. T... | Billed | 0:11 |
| 3/21/2007 | Amanda G. T... | Billed | 0:18 |
| 3/21/2007 | Amanda G. T... | Billed | 0:18 |
| 3/23/2007 | Amanda G. T... | Billed | 0:21 |
| 3/23/2007 | Amanda G. T... | Billed | 0:21 |
| 3/27/2007 | Amanda G. T... | Billed | 0:12 |
| 3/27/2007 | Amanda G. T... | Billed | 0:12 |
| 3/27/2007 | Amanda G. T... | Billed | 0:06 |
| 3/27/2007 | Amanda G. T... | Billed | 0:12 |
| 3/27/2007 | Amanda G. T... | Billed | 0:12 |
| 3/27/2007 | Amanda G. T... | Billed | 0:06 |
| 3/28/2007 | Amanda G. T... | Billed | 1:35 |
| 3/28/2007 | Amanda G. T... | Billed | 1:35 |
| 3/29/2007 | Amanda G. T... | Billed | 2:04 |
| 3/29/2007 | Amanda G. T... | Billed | 2:04 |
| 3/30/2007 | Amanda G. T... | Billed | 1:52 |
| 3/30/2007 | Amanda G. T... | Billed | 1:52 |
| Total Document | | | 162:28 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Drafting-lit.** | | | |
| 12/13/2005 | Amanda G. T... | Billed | 2:52 |
| 12/14/2005 | Amanda G. T... | Billed | 2:10 |
| 12/15/2005 | Amanda G. T... | Billed | 5:21 |
| 12/16/2005 | Amanda G. T... | Billed | 1:23 |
| 12/16/2005 | Amanda G. T... | Billed | 1:19 |
| 1/24/2006 | Amanda G. T... | Billed | 0:30 |
| 1/24/2006 | Amanda G. T... | Billed | 0:30 |
| 2/3/2006 | Amanda G. T... | Billed | 1:54 |
| 2/3/2006 | Amanda G. T... | Billed | 1:54 |
| 2/9/2006 | Amanda G. T... | Billed | 0:32 |
| 2/9/2006 | Amanda G. T... | Billed | 1:08 |
| 2/9/2006 | Amanda G. T... | Billed | 1:08 |
| 2/9/2006 | Amanda G. T... | Billed | 0:32 |
| 2/10/2006 | Amanda G. T... | Billed | 0:16 |
| 2/10/2006 | Amanda G. T... | Billed | 0:16 |
| 2/13/2006 | Amanda G. T... | Billed | 0:53 |
| 2/15/2006 | Amanda G. T... | Billed | 0:28 |
| 3/23/2006 | Amanda G. T... | Billed | 3:41 |
| 3/28/2006 | Amanda G. T... | Billed | 0:55 |
| 4/6/2006 | Amanda G. T... | Billed | 1:55 |
| 4/8/2006 | Amanda G. T... | Billed | 0:52 |
| 4/10/2006 | Amanda G. T... | Billed | 1:24 |
| 4/13/2006 | Amanda G. T... | Billed | 2:39 |
| 4/17/2006 | Amanda G. T... | Billed | 4:01 |
| 4/18/2006 | Amanda G. T... | Billed | 2:05 |
| 5/8/2006 | Amanda G. T... | Billed | 3:18 |
| 5/9/2006 | Amanda G. T... | Billed | 2:09 |
| 5/30/2006 | Amanda G. T... | Billed | 1:12 |
| 5/31/2006 | Amanda G. T... | Billed | 4:03 |
| 5/31/2006 | Amanda G. T... | Billed | 1:18 |
| 6/6/2006 | Amanda G. T... | Billed | 0:02 |
| 6/21/2006 | Amanda G. T... | Billed | 6:53 |
| 6/21/2006 | Amanda G. T... | Billed | 0:18 |
| 6/22/2006 | Amanda G. T... | Billed | 0:13 |
| 6/29/2006 | Amanda G. T... | Billed | 1:07 |
| 7/10/2006 | Amanda G. T... | Billed | 0:01 |
| 7/11/2006 | Amanda G. T... | Billed | 0:44 |
| 7/12/2006 | Amanda G. T... | Billed | 3:13 |
| 7/12/2006 | Amanda G. T... | Billed | 1:15 |
| 7/13/2006 | Amanda G. T... | Billed | 1:46 |
| 7/20/2006 | Amanda G. T... | Billed | 1:11 |
| 7/26/2006 | Amanda G. T... | Billed | 3:02 |
| 7/28/2006 | Amanda G. T... | Billed | 0:26 |
| 7/28/2006 | Amanda G. T... | Billed | 1:50 |
| 8/8/2006 | Amanda G. T... | Billed | 0:38 |
| 8/9/2006 | Amanda G. T... | Billed | 1:45 |
| 8/10/2006 | Amanda G. T... | Billed | 2:55 |
| 8/19/2006 | Amanda G. T... | Billed | 1:32 |

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 8/21/2006 | Amanda G. T... | Billed | 1:56 |
| 8/21/2006 | Amanda G. T... | Billed | 4:45 |
| 8/30/2006 | Amanda G. T... | Billed | 0:11 |
| 9/1/2006 | Amanda G. T... | Billed | 0:33 |
| Total Drafting-lit. | | | 88:54 |
| **Letter** | | | |
| 12/7/2005 | Amanda G. T... | Billed | 0:16 |
| 12/14/2005 | Amanda G. T... | Billed | 0:37 |
| 1/10/2006 | Amanda G. T... | Billed | 0:18 |
| 1/10/2006 | Amanda G. T... | Billed | 0:18 |
| 1/11/2006 | Amanda G. T... | Billed | 0:47 |
| 1/11/2006 | Amanda G. T... | Billed | 0:47 |
| 2/20/2006 | Amanda G. T... | Billed | 0:18 |
| 7/18/2006 | Amanda G. T... | Billed | 2:01 |
| 7/26/2006 | Amanda G. T... | Billed | 0:19 |
| 7/28/2006 | Amanda G. T... | Billed | 0:21 |
| 8/4/2006 | Amanda G. T... | Billed | 0:18 |
| 8/31/2006 | Amanda G. T... | Billed | 0:14 |
| 9/11/2006 | Amanda G. T... | Billed | 1:14 |
| 9/11/2006 | Amanda G. T... | Billed | 0:29 |
| 9/15/2006 | Amanda G. T... | Billed | 0:24 |
| 9/19/2006 | Amanda G. T... | Billed | 2:23 |
| 10/28/2006 | Amanda G. T... | Billed | 0:50 |
| 10/28/2006 | Amanda G. T... | Billed | 0:59 |
| 10/31/2006 | Amanda G. T... | Billed | 1:45 |
| 11/20/2006 | Amanda G. T... | Billed | 0:18 |
| 12/4/2006 | Amanda G. T... | Billed | 2:57 |
| 12/4/2006 | Amanda G. T... | Billed | 0:29 |
| 12/4/2006 | Amanda G. T... | Billed | 0:05 |
| 12/19/2006 | Amanda G. T... | Billed | 0:39 |
| 12/27/2006 | Amanda G. T... | Billed | 1:43 |
| 1/8/2007 | Amanda G. T... | Billed | 4:41 |
| 1/10/2007 | Amanda G. T... | Billed | 1:47 |
| 3/6/2007 | Amanda G. T... | Billed | 0:17 |
| 3/16/2007 | Amanda G. T... | Billed | 0:53 |
| 3/16/2007 | Amanda G. T... | Billed | 0:53 |
| 3/19/2007 | Amanda G. T... | Billed | 0:11 |
| 3/19/2007 | Amanda G. T... | Billed | 0:11 |
| 3/20/2007 | Amanda G. T... | Billed | 0:11 |
| 3/20/2007 | Amanda G. T... | Billed | 0:11 |
| 3/21/2007 | Amanda G. T... | Billed | 0:11 |
| 3/21/2007 | Amanda G. T... | Billed | 0:11 |
| Total Letter | | | 30:26 |

11:12 PM
08/12/07

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Research** | | | |
| 12/7/2005 | Amanda G. T... | Billed | 0:46 |
| 12/8/2005 | Amanda G. T... | Billed | 1:52 |
| 12/9/2005 | Amanda G. T... | Billed | 1:24 |
| 12/12/2005 | Amanda G. T... | Billed | 0:05 |
| 2/7/2006 | Amanda G. T... | Billed | 0:19 |
| 2/7/2006 | Amanda G. T... | Billed | 0:19 |
| 2/9/2006 | Amanda G. T... | Billed | 1:55 |
| 2/9/2006 | Amanda G. T... | Billed | 1:55 |
| 3/24/2006 | Amanda G. T... | Billed | 0:59 |
| 3/24/2006 | Amanda G. T... | Billed | 0:47 |
| 3/28/2006 | Amanda G. T... | Billed | 1:30 |
| 6/8/2006 | Amanda G. T... | Billed | 0:59 |
| 7/7/2006 | Amanda G. T... | Billed | 0:04 |
| 7/10/2006 | Amanda G. T... | Billed | 3:38 |
| 7/26/2006 | Amanda G. T... | Billed | 0:29 |
| 8/10/2006 | Amanda G. T... | Billed | 0:54 |
| 8/23/2006 | Amanda G. T... | Billed | 0:02 |
| 10/19/2006 | Amanda G. T... | Billed | 1:12 |
| 10/27/2006 | Amanda G. T... | Billed | 1:19 |
| 11/7/2006 | Amanda G. T... | Billed | 3:17 |
| 11/7/2006 | Amanda G. T... | Billed | 1:30 |
| 11/8/2006 | Amanda G. T... | Billed | 0:43 |
| 11/9/2006 | Amanda G. T... | Billed | 0:51 |
| 11/9/2006 | Amanda G. T... | Billed | 1:41 |
| 11/10/2006 | Amanda G. T... | Billed | 0:03 |
| 11/13/2006 | Amanda G. T... | Billed | 0:07 |
| 11/27/2006 | Amanda G. T... | Billed | 0:16 |
| 11/27/2006 | Amanda G. T... | Billed | 1:29 |
| 11/28/2006 | Amanda G. T... | Billed | 1:20 |
| 11/28/2006 | Amanda G. T... | Billed | 0:49 |
| 11/29/2006 | Amanda G. T... | Billed | 2:22 |
| 12/3/2006 | Amanda G. T... | Billed | 0:22 |
| 12/4/2006 | Amanda G. T... | Billed | 1:31 |
| 12/5/2006 | Amanda G. T... | Billed | 4:31 |
| 12/7/2006 | Amanda G. T... | Billed | 0:23 |
| 12/7/2006 | Amanda G. T... | Billed | 0:26 |
| 12/7/2006 | Amanda G. T... | Billed | 0:22 |
| 12/10/2006 | Amanda G. T... | Billed | 1:12 |
| 12/14/2006 | Amanda G. T... | Billed | 2:19 |
| 12/14/2006 | Amanda G. T... | Billed | 0:09 |
| 1/13/2007 | Amanda G. T... | Billed | 0:23 |
| 1/24/2007 | Amanda G. T... | Billed | 0:01 |
| 1/26/2007 | Amanda G. T... | Billed | 0:50 |
| 3/9/2007 | Amanda G. T... | Billed | 1:08 |
| 3/12/2007 | Amanda G. T... | Billed | 0:18 |
| 3/12/2007 | Amanda G. T... | Billed | 0:18 |
| 3/15/2007 | Amanda G. T... | Billed | 1:53 |
| 3/15/2007 | Amanda G. T... | Billed | 1:08 |

11:12 PM
08/12/07

# Converse & Brown, LLC
## Time by Job Detail
### Research - AGT

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 3/15/2007 | Amanda G. T... | Billed | 1:53 |
| 3/15/2007 | Amanda G. T... | Billed | 1:08 |
| Total Research | | | 55:11 |
| Total Brooks, Doug | | | 496:58 |
| **TOTAL** | | | **496:58** |

X $185.00 =
$91,938.83

# Converse & Brown, LLC
## Time by Job Detail
All Time - CBW

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Brooks, Doug** | | | |
| **Document** | | | |
| 8/21/2006 | Clay B. Wort... | Billed | 0:47 |
| 9/14/2006 | Clay B. Wort... | Billed | 0:02 |
| 9/15/2006 | Clay B. Wort... | Billed | 2:55 |
| 9/18/2006 | Clay B. Wort... | Billed | 1:46 |
| Total Document | | | 5:30 |
| **messenger** | | | |
| 6/30/2006 | Clay B. Wort... | Billed | 0:29 |
| 11/8/2006 | Clay B. Wort... | Billed | 0:15 |
| 12/5/2006 | Clay B. Wort... | Billed | 0:17 |
| 12/8/2006 | Clay B. Wort... | Billed | 0:18 |
| 1/30/2007 | Clay B. Wort... | Billed | 0:20 |
| Total messenger | | | 1:39 |
| **Research** | | | |
| 4/13/2006 | Clay B. Wort... | Billed | 2:52 |
| 4/14/2006 | Clay B. Wort... | Billed | 0:30 |
| 6/23/2006 | Clay B. Wort... | Billed | 4:38 |
| Total Research | | | 8:00 |
| **Reviewing** | | | |
| 7/21/2006 | Clay B. Wort... | Billed | 0:58 |
| 12/6/2006 | Clay B. Wort... | Billed | 0:18 |
| 1/10/2007 | Clay B. Wort... | Billed | 0:19 |
| 1/24/2007 | Clay B. Wort... | Billed | 0:30 |
| 1/26/2007 | Clay B. Wort... | Billed | 1:24 |
| 2/21/2007 | Clay B. Wort... | Billed | 1:46 |
| Total Reviewing | | | 5:15 |
| Total Brooks, Doug | | | 20:24 |
| **TOTAL** | | | **20:24** |

X $185.00 =
$3,774.00

11:20 PM

08/12/07

# Converse & Brown, LLC
## Time by Job Detail
### All Time -CPS

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| **Brooks, Doug** | | | |
| **Court Filings** | | | |
| 6/15/2007 | Catherine P. ... | Billed | 0:48 |
| 7/2/2007 | Catherine P. ... | Billed | 0:30 |
| 7/27/2007 | Catherine P. ... | Billed | 0:32 |
| Total Court Filings | | | 1:50 |
| **Discussion** | | | |
| 3/22/2007 | Catherine P. ... | Billed | 0:05 |
| 3/29/2007 | Catherine P. ... | Billed | 0:05 |
| 5/23/2007 | Catherine P. ... | Billed | 0:10 |
| 6/6/2007 | Catherine P. ... | Billed | 0:05 |
| 7/20/2007 | Catherine P. ... | Billed | 0:15 |
| 7/24/2007 | Catherine P. ... | Billed | 0:10 |
| Total Discussion | | | 0:50 |
| **Document** | | | |
| 3/29/2007 | Catherine P. ... | Billed | 1:56 |
| 4/3/2007 | Catherine P. ... | Billed | 0:38 |
| 4/11/2007 | Catherine P. ... | Billed | 1:06 |
| 6/14/2007 | Catherine P. ... | Billed | 0:12 |
| 7/23/2007 | Catherine P. ... | Billed | 0:10 |
| 7/31/2007 | Catherine P. ... | Billed | 0:19 |
| Total Document | | | 4:21 |
| **Drafting-lit.** | | | |
| 5/24/2007 | Catherine P. ... | Billed | 1:21 |
| Total Drafting-lit. | | | 1:21 |
| **Letter** | | | |
| 3/7/2007 | Catherine P. ... | Billed | 0:10 |
| 6/6/2007 | Catherine P. ... | Billed | 0:29 |
| 6/14/2007 | Catherine P. ... | Billed | 0:10 |
| Total Letter | | | 0:49 |
| **Research** | | | |
| 3/26/2007 | Catherine P. ... | Billed | 0:21 |
| 3/29/2007 | Catherine P. ... | Billed | 2:43 |
| 3/29/2007 | Catherine P. ... | Billed | 1:17 |
| 4/3/2007 | Catherine P. ... | Billed | 0:52 |
| 4/4/2007 | Catherine P. ... | Billed | 0:24 |
| 4/9/2007 | Catherine P. ... | Billed | 1:57 |
| 4/10/2007 | Catherine P. ... | Billed | 3:16 |
| 4/19/2007 | Catherine P. ... | Billed | 1:20 |
| 5/23/2007 | Catherine P. ... | Billed | 2:39 |
| 5/24/2007 | Catherine P. ... | Billed | 2:29 |
| 5/24/2007 | Catherine P. ... | Billed | 0:13 |

11:20 PM

08/12/07

# Converse & Brown, LLC
## Time by Job Detail
### All Time -CPS

| Date | Name | Billing Status | Duration |
|---|---|---|---|
| 5/25/2007 | Catherine P. ... | Billed | 0:11 |
| 6/5/2007 | Catherine P. ... | Billed | 0:12 |
| 6/13/2007 | Catherine P. ... | Billed | 2:08 |
| 6/15/2007 | Catherine P. ... | Billed | 1:22 |
| 6/15/2007 | Catherine P. ... | Billed | 1:28 |
| Total Research | | | 22:52 |
| **Reviewing** | | | |
| 4/2/2007 | Catherine P. ... | Billed | 0:17 |
| 4/2/2007 | Catherine P. ... | Billed | 0:12 |
| 4/2/2007 | Catherine P. ... | Billed | 0:43 |
| Total Reviewing | | | 1:12 |
| **Reviewing doc** | | | |
| 4/5/2007 | Catherine P. ... | Billed | 0:19 |
| 7/24/2007 | Catherine P. ... | Billed | 1:36 |
| 7/25/2007 | Catherine P. ... | Billed | 1:55 |
| 7/26/2007 | Catherine P. ... | Billed | 1:17 |
| 7/30/2007 | Catherine P. ... | Billed | 0:36 |
| 7/31/2007 | Catherine P. ... | Billed | 2:28 |
| Total Reviewing doc | | | 8:11 |
| **Telephone** | | | |
| 6/6/2007 | Catherine P. ... | Billed | 0:14 |
| 6/12/2007 | Catherine P. ... | Billed | 0:10 |
| 7/27/2007 | Catherine P. ... | Billed | 0:05 |
| 7/31/2007 | Catherine P. ... | Billed | 0:04 |
| Total Telephone | | | 0:33 |
| Total Brooks, Doug | | | 41:59 |
| **TOTAL** | | | **41:59** |

X $165.00 =
$6,927.24