Case 1:06-cv-01613   Document 86   Filed 07/27/2007   Page 1 of 1

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 1613 | **DATE** | 7/27/2007 |
| **CASE TITLE** | Douglas Brooks vs. Bekins Van Lines | | |

**DOCKET ENTRY TEXT**

The Court hereby approves the parties' settlement agreement. This agreement resolves all issues between the parties except the amount of attorneys fees to which Plaintiff's counsel is entitled and is not contingent upon the resolution of that issue. Status hearing set for **8/8/07 at 9:00 a.m.** *AK*

Docketing to mail notices.

| | Courtroom Deputy Initials: | FT |
|---|---|---|